... ES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

Umar Farouk Abdulmutallab,
Jonathan Lee Riches,
Hakimullah Mehsud,
Plaintiffs

V.

Faisal Shahzad,
Huma Asif Mian,
Defendants

'10 MAY 10 P12:06

CASE NO

5:10CV-93-R

FILED
US DISTRICT COURT CLE
WESTN. DIST. KENTUCKY

[ Preliminary Injunction, Temporary Restraining order, TRO ]
28 USC 1331

Comes Now, the Plaintiff's Umar Farouk Abdulmutallab, Hakimullah Mehsud, and Jonathan Lee Riches, we face imminent danger and Bodily harm from the Defendant Faisal Shahzad and his wife Huma Asif Mian. This court has Jurisdiction under 28 USC 1331 because Defendant Shahzad has a sleeper cell off Broadway in Paducah, his summer safe haven cell. Faisal Shahzad is originally from connecticut and he issued a fatwa against us on 5-5-10 because Jonathan Lee Riches is Jewish, Hakimullah Mehsud is a shiite muslim and Plaintiff Abdulmutallab is Nigerian. The Plaintiffs are American citizens and support the Obama Administration and we support the War on Terrorism. We have evidence that Faisal Shahzad is a Terrorist. Faisal Shahzad is a former screen writer at the comedy central network and writer for South Park. Faisal Shahzad wrote previous scripts having the prophet Mohammed dressed as a unicorn in Kentucky Bluegrass, this offends us. Faisal Shahzad is a double Agent with Hamas. A few weeks Ago, Defendant Shahzad built a uss cole makeshift raft and slammed it into the Deepwater Horizon Rig in the Gulf of Mexico on April 20, 2010 (Hitlers Birthday), packed with M-88 fireworks and 2 five gallon drums of Gasoline, this was from Direct orders by Sen. Ben Nelson of Florida who provided Shahzad $1300 hundred dollars, So Shahzad could buy a Nissan PathFinder made in 1993. Shahzad and Sen. Nelson and Democrats are in a Major conspiracy to Justify a Ban on all offshore Drilling, using the Deepwater Horizon rig explotion as

as a excuse to get Americans support to stop drilling on our homeland. Faisal Shahzad cheated on his B.A. Degree for computer Applications and information systems at the University of Bridgeport making us do his homework and exams for him at Knifepoint. Faisal Shahzad has been using his 1993 Nissan Pathfinder in the Arizona desert to load and transport illegal immigrants at $1,000 per head. Faisal is responsible for Bringing over 500,000 illegals into Arizona for a personal favor to Gov. Jan Brewer, so she can create Arizona Senate Bill 1070, the new immigration Law. Faisal Shahzad took out a countrywide loan stealing Jonathan Lee Riches Identity in 2001 to get a Shelton Connecticut home for 218,400 which Riches is in Debt. Faisal Shahzad recieved weapons training at a secret gun range on the Pacific Coast highway By Poncho and the chips patrol on 9/11/01, we witnessed it with Binoculars we got from the sharper Image Stealing Defendants Huma Asif mian's Identity at a Pakistani Jewish synagoge in Paducah. Defendant Faisal tried to Burn Plaintiff Abdulmutallab's pants with lighter fluid on North West Airlines on Dec 25, 2009, first class section. Faisal Shahzad Stole our van Gogh paintings in the netherlands During hanaka 2009. Faisal Shahzad Financed super saver with calvin Borel the Jockey with Terrorist money loaned from Greece. Defendant Faisal Plans to drive his 1993 Nissan Pathfinder into Toyota Motor Corps. Auto plants, Defendant Faisal stole Terry Schiavo's feeding tube and Defendant Shahzad Spent vacations with Barack obama in Hawaii at the Super 8 motel and had a Affair with him which we caught on tape and sent it to Bob Saget of Americas funniest home videos on 4/1/10. Defendant Faisal Shahzad has Been providing New orlean Saints players since 2008 oxycotin and Hgh. I saw Faisal Shahzad Personally Inject Drew Brees with steroids under a Mardi gras float. Both of the Defendants slept with Kate Gosslin at the Back of the Dancin with the Stars Studio set, Tommy lee and Pam Anderson filmed it uncut, Lorena Bobbett was the producer. Faisal Shahzad secretly worked with vince vaugh/owen wilson to train the white house crashers last year. Defendants were also mentioned in the John Calipari lawsuit Filed in the commonwealth of Kentucky, Fayette circuit court, Eighth Division, case # 10-CI-1512, Read this suit for the Details. Also right now, the Defendants are Mentioned in the United states V. Martha Stewart, Peter Bacanovic Appeal # 10-1397 and her district court case. Defendant Shahzad also provided

Michael Douglas's son drugs for many years, Defendant Shahzad sat next to Jack Nicholson at a Lakers oklahoma city thunder playoff game 2 to scout out Kobe Bryant, as Shahzad plans to kidnap him and sell his Beef to Kobe's Japaneese steak house and Shahzad put TNT in the upper Branch mine in West virginia because he was denied a Cole mining Job, a EOE violation. Shahzad helped construct the hot air baloon for the baloon boy to help the kid fly to Pakistan to be a Pakistani. Shahzad framed university of virginia lacrosse player George Huguely with murder because Huguely converted to Islam in 2006, and went back to christanity. We are so scared of Shahzad, we saw him commit road rage over the years on I-95, hit n runs on Deer, we saw him run past 17 toll booths without paying on I-90 outside chicago en route to clean up Jose Padillas dirty bombs, and a dirty sanchez. Shahzad is so scary we got goose bumps and he stole our oxy Acne cream from a anonymous Avon Lady wearing red, white, blue, Shahzad would make a monkey out of you. Our lives our in Danger, we are in possession of Shahzads Diary we stole it from Ann frank. Shahzad plans to steal Beyonce from Jay-z at Times Square New York on New Years in front of Dick clark, Dick Tracy is a Detective and figured this plot out for us on Feb 14, 2009. we seek restraining orders and immediate protection, bullet proof vests, Tasers at Phillies games too, we pray this court for relief

respectfully

5-1-10
Omar Farouk Abdulmutallab
7950 Jones Branch Dr.
McLean, virginia 22108

5-3-10
Hakimullah Mehsud
100 Midland Ave
Lexington, KY 40508

5-5-10
Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512

Jonathan Lee Riches
#40948018
Federal-medical center
P.O. Box 14500
Lexington, KY 40512

USA FIRST CLASS FOREVER

US MAY 2010 PM 2 T

United States District Court
Western District of Kentucky
Clerk of court
501 Broadway
Paducah, Kentucky 42001

42001365656

Legal
mail